UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21867-CIV-LENARD/TORRES

PULIYURUMPIL MATHEW
THOMAS,

    Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE
LINES, INC.,

    Defendant.
_____/

**NOTICE OF APPEAL**

Notice is given that Puliyurumpil Mathew Thomas, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the attached "Order Granting Defendant's Motion to Compel Arbitration (D.E. 2), Denying as Moot Plaintiff's Motion to Remand (D.E. 7), and Closing Case", entered in this action on the 4th day of January, 2008. (DE 49).

                                           RALPH O. ANDERSON, P.A.
                                           12535 Orange Drive, Suite 612
                                           Davie, FL 33330
                                           Tel:   954.634.6856
                                           Fax:  954.634.6857

                                       By: <u>s/Ralph O. Anderson</u>
                                          Ralph O. Anderson
                                          Florida Bar No. 503207
                                          randerson@crexent.com
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2008, I electronically filed the foregoing Notice of Appeal with the Clerk using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>s/Ralph O. Anderson</u>
Ralph O. Anderson
Florida Bar No. 503207

## SERVICE LIST

*Thomas v. Carnival Corporation, etc.,*
Case No. 07-21867-CIV-LENARD/TORRES
United States District Court, Southern District of Florida

**Curtis Jay Mase**
Mase & Lara PA
80 SW 8th Street
Suite 2700
Miami, FL 33130
305-377-3770
Fax: 305-377-0080
Email: cmase@mltrial.com

**Rachel Sherry Cohen**
Mase & Lara PA
80 S.W. 8th Street
Suite 2700
Miami, FL 33130
305-377-3770
Fax: 305-377-0080
Email: rcohen@mltrial.com

**David W. Brill**
Downs Brill Whitehead
1 SW 129th Avenue
Suite 305
Pembroke Pines, FL 33027
Email: dbrill@dbwlaw.com
954-447-3556
Fax: 954-447-3557